IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETHAN DAX COSBY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROTH CARPET COMPANY, )<br>)<br>Defendant. ) | **ELECTRONICALLY FILED**<br><br>CIVIL ACTION No. 05-0223<br><br>Judge Donetta W. Ambrose<br><br>Magistrate Judge Sensenich |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Ethan Dax Cosby and Defendant Roth Carpet Company, by their respective attorneys, stipulate and agree that the Complaint filed by Plaintiff in this action is dismissed with prejudice.

_____
Erik M. Yurkovich, Esquire
PA 83432
Pine Creek Professional Building
207 Pine Creek Road
Building 1, Suite 201
Wexford, PA 15090
ErikYurkovich@gmail.com

Attorney for Plaintiff
Ethan Dax Cosby

_____
Peter J. Ennis, Esquire
PA 45754
Klett Rooney Lieber & Schorling
A Professional Corporation
One Oxford Centre, 40th Floor
Pittsburgh, PA 15219
pjennis@klettrooney.com

Attorneys for Defendant
Roth Carpet Company

Dated: 10/14/2005

AND NOW, this 25th day of October, 2005
it is so ordered.

_____
Donetta W. Ambrose
Chief UNITED STATES DISTRICT JUDGE

KRLSPGH: #485805v1